IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD RAY HOPKINS,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC. et al.,<br><br>          Defendants._____ / | No. 13-4447 RS<br><br>**REMAND ORDER** |

In an order issued February 13, 2014, plaintiff's federal claims against defendants Citibank and AHMSI were dismissed. (ECF No. 50). Although his RESPA claims were dismissed with prejudice, plaintiff was given leave to amend his RICO claims within thirty days. He was further ordered to show cause within thirty days why his TILA claim against bankrupt defendant ABC should not be dismissed.

More than thirty days have passed without plaintiff amending his complaint or attempting to show cause why his TILA claim should not be dismissed. Accordingly, plaintiff's RICO and TILA claims are dismissed with prejudice. With no federal claims remaining, the court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims. *See Grossman v. JP Morgan Chase*, 2012 WL 5520402 (N.D. Cal. 2012) (declining to exercise supplemental jurisdiction after dismissing RESPA and TILA claims). This action is hereby remanded to state court.

1   IT IS SO ORDERED.

2   Dated: 3/18/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE